[No. 19320–1–I. Division One. January 8, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDY ALAN NELSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–00057–3, Faith Enyeart, J., entered October 7, 1986. *Reversed* and *dismissed* by unpublished opinion per Coleman, J., concurred in by Scholfield, C.J., and Williams, J.

[No. 18168–8–I. Division One. January 8, 1988.]

GAERY D. RUTHERFORD, SR., ET AL, *Respondents,* v. GRANGE INSURANCE ASSOCIATION, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79–2–02817–7, Anthony P. Wartnik, J., entered March 7, 1986. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Coleman, J., concurred in by Ringold, A.C.J., and Pekelis, J.

[No. 19563–8–I. Division One. January 8, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CHRISTIAN FIELD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–01507–4, Jim Bates, J., entered October 20, 1986. *Reversed* and *dismissed* by unpublished opinion per Williams, J. Pro Tem., concurred in by Scholfield, C.J., and Webster, J.